| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEW JERSEY |
| Case number *(if known)* _____   Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   **The R2O Group LLC**

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names  
   **The R20 Group LLC**

3. **Debtor's federal Employer Identification Number** (EIN)  
   **90-1520508**

4. **Debtor's address**

   **Principal place of business**  
   **1815 Lakewood Rd.**  
   **Toms River, NJ 08755**  
   Number, Street, City, State & ZIP Code

   **Ocean**  
   County

   **Mailing address, if different from principal place of business**  
   _____  
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**  
   _____  
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**  
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor **The R2O Group LLC**  Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
    - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **The R2O Group LLC** _____ Case number (*if known*) _____
　　　　Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
　　　　Contact name _____
　　　　Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

| Debtor | **The R2O Group LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| | | |
|---|---|---|
| Debtor | **The R2O Group LLC** | Case number (*if known*) |
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 9, 2025**
 MM / DD / YYYY

**X** **/s/ Yisroel Tabi**                          **Yisroel Tabi**
Signature of authorized representative of debtor       Printed name

Title  **President of TRG Group Inc., Sole Member**

**18. Signature of attorney**

**X** **/s/ Rocco A. Cavaliere, Esq.**         Date **February 9, 2025**
Signature of attorney for debtor                                     MM / DD / YYYY

**Rocco A. Cavaliere, Esq.**
Printed name

**Tarter Krinsky & Drogin LLP**
Firm name

**1350 Broadway
11th Floor
New York, NY 10018**
Number, Street, City, State & ZIP Code

Contact phone  **(212) 216-8000**     Email address  **rcavaliere@tarterkrinsky.com**

**34722000 NJ**
Bar number and State

RESOLUTION OF THE MANAGING MEMBER OF
THE R2O GROUP LLC

STATEMENT REGARDING AUTHORITY TO SIGN AND FILE A BANKRUPTCY PETITION FOR THE R2O GROUP LLC

**WHEREAS**, on February 9, 2025, the managing member of The R2O Group LLC (the **"Company"**) determined that it is in the best interests of the Company, its creditors, members, employees, and other interested parties, that the Company file a voluntary petition under Chapter 11 of the United States Code (the **"Bankruptcy Code"**) based on the managing member's analysis of each of the other alternatives and management's recommendations with respect thereto; and

**WHEREAS**, it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

**NOW THEREFORE IT IS RESOLVED** that, in the judgment of the managing member, it is desirable and in the best interests of the Company, its creditors, members, employees, and other interested parties, that Yisroel Tabi (the **"Authorized Officer"**), is authorized and directed to execute and deliver all documents necessary to effectuate the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company; and it is

**FURTHER RESOLVED**, that the Authorized Officer is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

**FURTHER RESOLVED**, that the Authorized Officer is authorized and directed to employ the law firm of Tarter Krinsky & Drogin LLP (**"TKD"**) as bankruptcy counsel to represent and assist the Company in carrying out and fulfilling its duties and obligations under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of TKD; and it is

**FURTHER RESOLVED** that the Authorized Officer be, and hereby is, authorized and directed to employ such other professionals as may be needed or advisable as financial advisors, accountants, and consultants to represent and assist the Company in carrying out and fulfilling its duties and obligations under the Bankruptcy Code, and to take all actions to advance the Company's rights and obligations; and in connection therewith, the Authorized Officer with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of such advisors; and it is

**FURTHER RESOLVED** that the Authorized Officer be, and hereby is, authorized and directed to do and perform, or cause to be done and performed, all such acts, deeds and things, to pay any and all expenses, and to make, execute and deliver, or cause to be made, executed and delivered, all such agreements, undertakings, documents, instruments or certificates, including, without limitation, amendments to agreements and supplements to indentures, in the name and on behalf of the Company or otherwise as any such officer may deem necessary or appropriate to effectuate or carry out fully the purpose and intent of the foregoing resolutions, including but not limited to the performance of the obligations of the Company under any document referred to herein and the payment of fees of counsel; and it is

**FURTHER RESOLVED** that that to the extent that any of the actions authorized by any of the foregoing resolutions have been taken previously by any Authorized Officer or employees of the Company on its behalf, such actions are hereby ratified, approved and confirmed in their entirety.

**IN WITNESS WHEREOF**, the undersigned managing member has executed this Resolution Regarding Authority to Sign and File a Bankruptcy Petition for The R2O Group LLC, effective as of the date first written above.

**TRG GROUP, INC.**
a New Jersey domestic profit corporation,
The Sole Member of the Company

By: _____
     Name: Yisroel Tabi
     Title: President

2